IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-03040-REB-MEH

LEONID SHIFRIN,

    Plaintiff,

v.

STATE OF COLORADO DEPARTMENT OF REAL ESTATE,
ERIN TOLL, individual capacity,
ERIN TOLL, official capacity,
MARCIA WATERS, individual capacity,
MARCIA WATERS, official capacity,
PAUL MARTINEZ, individual capacity,
PAUL MARTINEZ, official capacity,
CARY WHITAKER, individual capacity, and
CARY WHITAKER, official capacity,

    Defendants.

## ORDER ON MOTION TO STAY

**Michael E. Hegarty, United States Magistrate Judge.**

Pending before the Court is Defendants' Unopposed Motion to Vacate Scheduling Conference and to Stay Discovery and Disclosures Pending Determination of Defendants' Motion to Dismiss or Abstain [docket #10]. The motion has been referred to this Court for disposition [docket #11]. Oral argument would not materially assist the Court in adjudicating this motion. For the reasons stated below, Defendants' motion is **granted**.

**I.    Background**

Plaintiff instituted this action on December 31, 2009. In essence, Plaintiff alleges that Defendants violated his constitutional rights by wrongfully denying him a permanent mortgage broker license. *See* Complaint, docket #1 at 3. On February 24, 2010, Defendants responded to the Complaint by filing a Motion to Dismiss or Abstain. Docket #8. Among other defenses, Defendants

claim that they enjoy both absolute and qualified immunity from suit in this matter. Thereafter, Defendants filed the within Motion to Stay, requesting that, "to avoid[ ] unnecessary interference with governmental activities and public services," the proceedings of the case be stayed pending disposition of their Motion to Dismiss. *See* docket #10 at ¶ 6. The Plaintiff does not oppose the motion.

**II.     Discussion**

The Supreme Court has emphasized the broad protection qualified immunity affords, giving officials "a right, not merely to avoid 'standing trial,' but also to avoid the burdens of 'such pretrial matters as discovery.' " *Behrens v. Pelletier,* 516 U.S. 299, 308 (1996) (quoting *Mitchell v. Forsyth,* 472 U.S. 511, 526 (1985)); *see also Crawford-El v. Britton,* 523 U.S. 574, 598 (1998). Consequently, courts should resolve the purely legal question raised by a qualified immunity defense at the earliest possible stage in litigation. *Albright v. Rodriguez,* 51 F.3d 1531, 1534 (10th Cir. 1995); *see also Medina v. Cram,* 252 F.3d 1124, 1127-28 (10th Cir. 2001).

In this case, Defendants filed a motion to dismiss the claims set forth in Plaintiff's Complaint alleging, among other defenses, that they enjoy absolute immunity pursuant to the Eleventh Amendment and that the individual Defendants enjoy qualified immunity from the Plaintiff's claims. The Court has broad discretion to stay proceedings as an incident to its power to control its own docket. *See Clinton v. Jones,* 520 U.S. 681, 706-07 (1997) (citing *Landis v. North American Co.,* 299 U.S. 248, 254 (1936)). Because Defendants' Motion to Dismiss raises legal questions of this Court's jurisdiction over the subject matter of the dispute, the question should be resolved as early as possible in the litigation. *See Albright,* 51 F.3d at 1534. Moreover, the Court finds that allowing discovery to proceed in this matter against the government defendants would not serve the interests of judicial economy and efficiency. Consequently, the Court will grant a temporary stay of the

proceedings in this matter pending the disposition of the Motion to Dismiss or Abstain.

**III.     Conclusion**

Accordingly, for the reasons stated above, it is hereby ORDERED that Defendants' Unopposed Motion to Vacate Scheduling Conference and to Stay Discovery and Disclosures Pending Determination of Defendants' Motion to Dismiss or Abstain [filed February 25, 2009; docket #10] is **granted**.  The proceedings of this case are hereby stayed pending the District Court's ruling on Defendants' Motion to Dismiss or Abstain.  The Scheduling Conference scheduled for March 23, 2010 is **vacated**.  The parties are directed to submit a status report within five days of the entry of any order adjudicating the pending Motion to Dismiss or Abstain.

Dated at Denver, Colorado, this 26th day of February, 2010.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge