IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-03040-REB-MEH

LEONID SHIFRIN,

    Plaintiff,

v.

STATE OF COLORADO DEPARTMENT OF REAL ESTATE,
ERIN TOLL, individual capacity,
ERIN TOLL, official capacity,
MARCIA WATERS, individual capacity,
MARCIA WATERS, official capacity,
PAUL MARTINEZ, individual capacity,
PAUL MARTINEZ, official capacity,
CARY WHITAKER, individual capacity, and
CARY WHITAKER, official capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 23, 2010.**

    Plaintiff's unopposed[1] Motion to Allow Sur-Reply [filed April 19, 2010; docket #24] is **granted**. The Court will consider Plaintiff's surreply with the briefing on the pending Motion for Summary Judgment.

---

[1] *See* docket #29.