IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-03040-REB-MEH

LEONID SHIFRIN,

    Plaintiff,

v.

STATE OF COLORADO DEPARTMENT OF REAL ESTATE,
ERIN TOLL, individual capacity,
ERIN TOLL, official capacity,
MARCIA WATERS, individual capacity,
MARCIA WATERS, official capacity,
PAUL MARTINEZ, individual capacity,
PAUL MARTINEZ, official capacity,
CARY WHITAKER, individual capacity, and
CARY WHITAKER, official capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 20, 2010.**

    Defendants' Motion to Reconsider Notice of Treatment Pursuant to Fed. R. Civ. P. 12(d) [filed May 5, 2010; docket #31] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A.