# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 09-cv-03040-REB-MEH

LEONID SHIFRIN,

    Plaintiff,

v.

STATE OF COLORADO DEPARTMENT OF REAL ESTATE, et al

    Defendants.

# ORDER ADOPTING RECOMMENDATION OF
# UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    This matter is matter before me on the following: (1) the **Defendants' Motion To Dismiss or Abstain, or for Summary Judgment** [#8][1] filed February 24, 2010; and (2) the **Recommendation on Defendants' Motion To Dismiss or Abstain, or for Summary Judgment** [#43] filed August 11, 2010. No party filed objections to the recommendation. I approve and adopt the recommendation.

    Because the plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Erickson v. Pardus**, 551 U.S. 89, 94 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). No objections to the recommendation have been filed. Therefore, I review the

---

[1] "[#8]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

recommendation only for plain error.  *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  The plaintiff's complaint concerns the denial of his mortgage broker registration application.  The plaintiff asserts a variety of claims in his complaint, which claims the magistrate judge analyzed thoroughly in his recommendation.  I conclude that the analysis, conclusions, and recommendation of the magistrate judge are correct.  Finding no error, much less plain error, in the magistrate judge's recommendation, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation on Defendants' Motion To Dismiss or Abstain, or for Summary Judgment** [#43] filed August 11, 2010, is **APPROVED AND ADOPTED** as an order of this court;

2.  That the **Defendants' Motion To Dismiss or Abstain, or for Summary Judgment** [#8] filed February 24, 2010, is **GRANTED** in part as follows:

    a.  That under FED. R. CIV. P. 12(b)(1), the plaintiff's claims against the defendants in their official capacities are **DISMISSED**;

    b.  That under FED. R. CIV. P. 12(b)(6), the plaintiff's due process, § 1985, and § 1986 claims against the individual defendants in their individual capacities are **DISMISSED**; and

3.  That the **Defendants' Motion To Dismiss or Abstain, or for Summary Judgment** [#8] filed February 24, 2010, is **DENIED** otherwise;

4.  That on or before **October 20, 2010**, the plaintiff **MAY FILE** an amended

---

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter.  ***Morales-Fernandez***, 418 F.3d at 1122.

complaint articulating an equal protection claim against the individual defendants consistent with the applicable federal and local rules of procedure; and

5. That absent the timely filing of an amended complaint by the plaintiff, this case **MAY BE** dismissed.

Dated September 27, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge

3