IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-03040-REB-MEH

LEONID SHIFRIN,

    Plaintiff,

v.

ERIN TOLL, individual capacity,
MARCIA WATERS, individual capacity,
PAUL MARTINEZ, individual capacity, and
CARY WHITAKER, individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 16, 2010.**

    Defendants' Motion for Substitution of Counsel [filed November 15, 2010; docket #50], construed as a motion for withdrawal of William V. Allen as counsel for Defendants, is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A.