IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-03040-REB-MEH

LEONID SHIFRIN,

    Plaintiff,

v.

ERIN TOLL, individual capacity,
MARCIA WATERS, individual capacity,
PAUL MARTINEZ, individual capacity, and
CARY WHITAKER, individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2010.**

    Defendants' renewed Motion for Substitution of Counsel [filed November 16, 2010; docket #55], construed as a motion for withdrawal of William V. Allen as counsel for Defendants, is **granted**. Mr. Allen's representation of Defendants is hereby terminated. Defendants will continue to be represented by Douglas J. Cox of the Colorado Attorney General's Office.