IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-03040-REB-MEH

LEONID SHIFRIN,

      Plaintiff,

v.

ERIN TOLL, individual capacity,
MARCIA WATERS, individual capacity,
PAUL MARTINEZ, individual capacity, and
CARY WHITAKER, individual capacity,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 30, 2010.**

      Defendants' Motion to File Brief in Excess of Court's Page Limitation [filed November 29, 2010; docket #60] is **granted in part and denied in part**. Defendants fail to demonstrate good cause to grant an additional eighteen pages for a Rule 12(b)(6) motion to dismiss a single claim/single plaintiff complaint; however, due to the complexity of certain legal issues, the Court will grant an additional ten pages.

      Therefore, Defendant's [33-page] Motion to Dismiss First Amended Complaint [filed November 29, 2010; docket #62] is **denied without prejudice**. On or before December 6, 2010, Defendants shall file an answer or other response to the First Amended Complaint. In so doing, Defendants may file a motion pursuant to Fed. R. Civ. P. 12 that does not exceed twenty-five (25) pages in length, and that complies in all other respects with Judge Blackburn's Practice Standards and with the local and federal court rules. Within twenty-one (21) days after a Rule 12 motion is served, the Plaintiff shall file a response that does not exceed twenty-five (25) pages in length, and that complies in all other respects with Judge Blackburn's Practice Standards and with the local and federal court rules. Within fourteen (14) days after the response is served, the Defendants may file a reply brief that does not exceed fifteen (15) pages in length.