IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-03040-REB-MEH

LEONID SHIFRIN,

    Plaintiff,

v.

ERIN TOLL, individual capacity,
MARCIA WATERS, individual capacity,
PAUL MARTINEZ, individual capacity, and
CARY WHITAKER, individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 13, 2010.**

    For substantially the same reasons set forth in this Court's February 26, 2010 order, Defendant Toll's Motion to Vacate Scheduling Conference and to Stay Discovery and Disclosures Pending Determination of Defendants' Motion to Dismiss [filed December 10, 2010; docket #68] is **granted**.[1]  The proceedings of this case are hereby stayed pending the District Court's ruling on Defendants' Amended Motion to Dismiss First Amended Complaint. The Scheduling Conference scheduled for December 22, 2010 is **vacated**. The parties are directed to submit a status report within five days of the entry of any order adjudicating the pending Amended Motion to Dismiss.

---

[1] Although the Court's previous order granted an unopposed motion, the Court finds that any opposition by the Plaintiff here would not alter the outcome, given the Supreme Court's admonition that defendants asserting the defense of qualified immunity be permitted to "avoid the burdens of 'such pretrial matters as discovery.'" *Behrens v. Pelletier,* 516 U.S. 299, 308 (1996) (quoting *Mitchell v. Forsyth,* 472 U.S. 511, 526 (1985)).