IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-03040-REB-MEH

LEONID SHIFRIN,

      Plaintiff,

v.

ERIN TOLL, individual capacity,
MARCIA WATERS, individual capacity,
PAUL MARTINEZ, individual capacity, and
CARY WHITAKER, individual capacity,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 31, 2011.**

      Plaintiff's Motion for Leave to File Second Amend [sic] Complaint [filed March 28, 2011; docket #73] is **denied without prejudice** for Plaintiff's failure to attach a proposed Second Amended Complaint to the motion. Without review of such proposed pleading, the Court cannot determine whether justice requires its filing pursuant to Fed. R. Civ. P. 15.