**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 09-cv-03040-REB-MEH

LEONID SHIFRIN a/k/a LEO SHIFRIN,

    Plaintiff,

v.

ERIN TOLL,
MARCIA WATERS,
PAUL MARTINEZ,
CARY WHITAKER,

    Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF**
**UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

This matter is matter before me on the following: (1) **Defendants' Amended Motion To Dismiss First Amended Complaint** [#65][1] filed December 2, 2010; (2) **Plaintiff's Motion for Leave To Second Amend Complaint** [#76] filed April 11, 2011; and (3) the **Recommendation of United States Magistrate Judge** [#79] filed July 1, 2011. The plaintiff, Leonid Shifrin, filed objections [#80] to the recommendation. I overrule the objections and approve and adopt the recommendation.

Because the plaintiff is proceeding *pro se*, I have construed his pleadings and other filings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Erickson v. Pardus**, 551 U.S. 89, 94 (2007);

---

[1] "[#65]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

*Andrews v. Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

The plaintiff's complaint concerns the denial by officials of the State of Colorado of the plaintiff's application for mortgage broker registration. The plaintiff asserts an equal protection claim in his first amended complaint [#45]. In his motion [#76] to amend his complaint, the plaintiff seeks leave to amend his complaint to clarify certain factual allegations. Specifically, the plaintiff seeks to add allegations that the defendants acted with malice. In addition, in support of his equal protection claim, the plaintiff seeks to amend his complaint to describe an additional individual who the plaintiff claims is situated similarly to the plaintiff. I agree with the conclusion of the magistrate judge that the motion to amend should be denied. I agree also with the detailed analysis of the magistrate judge that supports his conclusion that the plaintiff's first amended complaint [#45] must be dismissed for failure to state a claim on which relief can be granted.

None of the objections [#80] stated by the plaintiff serves to undermine the reasoning and conclusions of the magistrate judge. In addition, I find and conclude that the plaintiff has not demonstrated a valid basis to stay ruling on the motion to dismiss to permit the plaintiff to conduct discovery. That request, as stated in the planitiff's objection [#80], is denied.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#79] filed July 1, 2011, is **APPROVED** and **ADOPTED** as an order of this court;

2. That the **Plaintiff's Motion for Leave To Second Amend Complaint** [#76] filed April 11, 2011, is **DENIED**;

3. That under FED. R. CIV. P. 12(b)(6), the **Defendants' Amended Motion To Dismiss First Amended Complaint** [#65] filed December 2, 2010, is **GRANTED**;

4. That the objections stated by the plaintiff in **Plaintiff's Opposition to Recommendation of U.S. Magistrate Judge, Request for De-Novo Review by U.S. District Court Judge, and in the Alternative Request for Delay in Ruling on Defendant's Motion To Conduct Discover Pursuant to F.R.C.P. 56(d)** [#80] filed July 18, 2011, are **OVERRULED**;

5. That the plaintiff's request to stay ruling on the motion to dismiss to permit the plaintiff to conduct discovery, as stated in **Plaintiff's Opposition to Recommendation of U.S. Magistrate Judge, Request for De-Novo Review by U.S. District Court Judge, and in the Alternative Request for Delay in Ruling on Defendant's Motion To Conduct Discover Pursuant to F.R.C.P. 56(d)** [#80] filed July 18, 2011, is **DENIED**;

6. That **JUDGMENT SHALL ENTER** in favor of the defendants, Erin Toll, Marcia Waters, Paul Martinez, and Cary Whitaker, and against the plaintiff, Leonid Shifrin a/k/a Leo Shifrin;

7. That the defendants are **AWARDED** their costs to be taxed by the Clerk of the Court under FED. R. CIV. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

8. That this case is **CLOSED**.

Dated August 10, 2011, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge

3